IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMORRIS LANE,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br><br>    Respondent. | No. 2:19-CV-2147-MCE-DMC-P<br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's January 27, 2020, letter, which the court construes as a motion for an extension of time to file a first amended petition. See ECF No. 10. So construed, petitioner's motion is granted. Petitioner shall file a first amended petition within 30 days of the date of this order.

      IT IS SO ORDERED.

Dated: February 13, 2020

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE