**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMORRIS LANE, | No. 2:19-CV-2147-MCE-DMC-P |
| Petitioner, | |
| v. | ORDER |
| SUPERIOR COURT OF CALIFORNIA, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is petitioner's motion to stay proceedings. See ECF No. 15.

    A review of the docket reflects that the Court dismissed petitioner's petition on January 8, 2020, and directed petitioner to file a first amended petition naming the correct respondent within 30 days of the date of that order. See ECF No. 9. As of March 27, 2020, petitioner had failed to comply, and the Court issued findings and recommendations that this action be dismissed for lack of prosecution. See ECF No. 12. On April 19, 2020, the Court ordered petitioner to file either a first amended petition as directed in the Court's January 8, 2020, order, or objections to the Court's March 27, 2020, findings and recommendations. See ECF No. 14. In response, petitioner submitted the current motion. The language of the motion is unclear, but petitioner appears to state that his transfer between facilities is frustrating his ability to respond to the

Court's previous order. The Court construes the current motion as a second request for an extension of time to respond to the Court's findings and recommendations. So construed, petitioner's motion is granted. Within 30 days of the date of this order, petitioner shall file either a first amended petition as directed in the Court's January 8, 2020, order, or objections to the Court's March 27, 2020, findings and recommendations.

IT IS SO ORDERED.

Dated: May 27, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE