# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMORRIS LANE, | No. 2:19-cv-2147-MCE-DMC-P |
| Petitioner, | |
| v. | ORDER |
| SUPERIOR COURT OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 27, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed[1].

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

---

[1] The docket reflects that on May 20, 2020, petitioner submitted "objections to findings and recommendations." See ECF No. 15. However, the Court construed petitioner's filing as a motion for extension of time to file objections. See ECF No. 16. To date, no objections have been filed.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2020, (ECF No. 12) are ADOPTED in full;

2. This action is DISMISSED, without prejudice, for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close the case file.

IT IS SO ORDERED.

Dated:  August 17, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2